## AFFIDAVIT OF PROCESS SERVER

### United States District Court for the District of Columbia

**Derrick Vargo**

    Plaintiff(s),

VS.

**Bryant Williams, in his official capacity as a Capitol Police Officer and in his individual capacity., et al.**

    Defendant(s).

Attorney: NONE

Derrick Vargo
2068 Hillcrest Dr.
Greenbrier TN 37073



*313309*

**Case Number: 1:24-cv-00010**

Legal documents received by Same Day Process Service, Inc. on **03/20/2024** at **10:22 AM** to be served upon **James Michael Johnson at 5140 O'Neill House, Office Building, Washington, DC 20515-9700**

I, **Vincent Connors**, swear and affirm that on **March 25, 2024** at **11:55 AM**, I did the following:

Served **James Michael Johnson** by delivering a conformed copy of the **Summons in a Civil Action; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Complaint** to **Matthew Berry** as **General Counsel, House of Representatives & Authorized to Accept on Behalf** of **James Michael Johnson** at **5140 O'Neill House, Office Building, Washington, DC 20515-9700**.

**Description of Person Accepting Service:**
Sex: Male Age: 40 Height: 5ft4in-5ft8in Weight: 161-200 lbs Skin Color: Caucasian Hair Color: Brown & Bald

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

*Vincent Connors* (signature)

**Vincent Connors**
Process Server
**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**
**(202)-398-4200**
info@samedayprocess.com

Internal Job ID:313309



**RECEIVED**

MAR 28 2024

Clerk, U.S. District & Bankruptcy Courts for the District of Columbia

## AFFIDAVIT OF PROCESS SERVER

### United States District Court for the District of Columbia

**Derrick Vargo**

    Plaintiff(s),

VS.

**Bryant Williams, in his official capacity as a Capitol Police Officer and in his individual capacity., et al.**

    Defendant(s).

Attorney: NONE

Derrick Vargo
2068 Hillcrest Dr.
Greenbrier TN 37073

*313309*

**Case Number: 1:24-cv-00010**

Legal documents received by Same Day Process Service, Inc. on **03/20/2024** at **10:22 AM** to be served upon **James Michael Johnson at 5140 O'Neill House, Office Building, Washington, DC 20515-9700**

I, **Vincent Connors**, swear and affirm that on **March 25, 2024** at **11:55 AM**, I did the following:

Served **James Michael Johnson** by delivering a conformed copy of the **Summons in a Civil Action; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Complaint** to **Matthew Berry** as **General Counsel, House of Representatives & Authorized to Accept on Behalf** of **James Michael Johnson** at **5140 O'Neill House, Office Building, Washington, DC 20515-9700**.

**Description of Person Accepting Service:**
Sex: Male Age: 40 Height: 5ft4in-5ft8in Weight: 161-200 lbs Skin Color: Caucasian Hair Color: Brown & Bald

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Vincent Connors**
Process Server
**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**
**(202)-398-4200**
info@samedayprocess.com

Internal Job ID:313309





RECEIVED

MAR 2 8 2024

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia