# AFFIDAVIT OF PROCESS SERVER

### United States District Court for the District of Columbia

**Derrick Vargo**

    Plaintiff(s),

VS.

**Bryant Williams, et al.**

    Defendant(s).

Attorney: NONE

Derrick Vargo
2068 Hillcrest Dr.
Greenbrier TN 37073


*313456*

**Case Number: 1:24-cv-00010**

Legal documents received by Same Day Process Service, Inc. on **03/22/2024** at **9:22 AM** to be served upon **Bryant Williams at 499 South Capitol St., SW, #820, Washington, DC 20003**

I, **Alexia Kastis**, swear and affirm that on **March 26, 2024** at **3:23 PM**, I did the following:

Served **Bryant Williams** by delivering a conformed copy of the **Summons in a Civil Action; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Complaint** to **Karen Miller** as **Deputy General Counsel & Authorized Agent** of Bryant Williams at **499 South Capitol St., SW, #820, Washington, DC 20003**.

**Description of Person Accepting Service:**
Sex: Female Age: 50 Height: 5ft4in-5ft8in Weight: 131-160 lbs Skin Color: Medium Brown Hair Color: Brown & Blonde

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

*/s/ Alexia Kastis*
**Alexia Kastis**
Process Server
**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**
**(202)-398-4200**
info@samedayprocess.com

Internal Job
ID:313456




**RECEIVED**
MAR 29 2024
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia