# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the District of Columbia

Derrick Vargo

        Plaintiff(s),

VS.

Bryant Williams, in his official capacity as a Capitol Police Officer and in his individual capacity., et al.

        Defendant(s).

Attorney: NONE

Derrick Vargo
2068 Hillcrest Dr.
Greenbrier TN 37073


*313309*

**Case Number:** 1:24-cv-00010

Legal documents received by Same Day Process Service, Inc. on **03/20/2024** at **10:22 AM** to be served upon **James Michael Johnson at 5140 O'Neill House, Office Building, Washington, DC 20515-9700**

I, **Vincent Connors**, swear and affirm that on **March 25, 2024** at **11:55 AM**, I did the following:

Served **James Michael Johnson** by delivering a conformed copy of the **Summons in a Civil Action; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Complaint** to Matthew Berry as General Counsel, House of Representatives & Authorized to Accept on Behalf of James Michael Johnson at 5140 O'Neill House, Office Building, Washington, DC 20515-9700.

**Description of Person Accepting Service:**
Sex: Male Age: 40 Height: 5ft4in-5ft8in Weight: 161-200 lbs Skin Color: Caucasian Hair Color: Brown & Bald

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

*(signed)*

Vincent Connors
Process Server
Same Day Process Service, Inc.
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job
ID:313309




RECEIVED
Mail Room
APR - 2 2024
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

## AFFIDAVIT OF PROCESS SERVER

United States District Court for the District of Columbia

**Derrick Vargo**

        Plaintiff(s),

VS.

**Bryant Williams, et al.**

        Defendant(s).

Attorney: NONE

Derrick Vargo
2068 Hillcrest Dr.
Greenbrier TN 37073



*313456*

**Case Number: 1:24-cv-00010**

Legal documents received by Same Day Process Service, Inc. on **03/22/2024** at **9:22 AM** to be served upon **Bryant Williams at 499 South Capitol St., SW, #820, Washington, DC 20003**

I, **Alexia Kastis**, swear and affirm that on **March 26, 2024** at **3:23 PM**, I did the following:

Served Bryant Williams by delivering a conformed copy of the **Summons in a Civil Action; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Complaint** to Karen Miller as Deputy General Counsel & Authorized Agent of Bryant Williams at 499 South Capitol St., SW, #820, Washington, DC 20003.

**Description of Person Accepting Service:**
Sex: Female Age: 50 Height: 5ft4in-5ft8in Weight: 131-160 lbs Skin Color: Medium Brown Hair Color: Brown & Blonde

**Supplemental Data Appropriate to this Service:**


I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Alexia Kastis**
Process Server
Same Day Process Service, Inc.
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job
ID:313456





RECEIVED
Mail Room
APR - 2 2024
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia