# AFFIDAVIT OF PROCESS SERVER

United States District Court for the District of Columbia

**Derrick Vargo**

    Plaintiff(s),

VS.

**Bryant Williams, et al.**

    Defendant(s).

Attorney: NONE

Derrick Vargo
2068 Hillcrest Dr.
Greenbrier TN 37073


*321138*

**Case Number: 1:24-cv-00010**

Legal documents received by Same Day Process Service, Inc. on **08/09/2024** at **2:36 PM** to be served upon **The United States Attorney General at Department of Justice, 950 Pennsylvania Ave., NW, Washington, DC 20530**

I, **Kieran Monahan**, swear and affirm that on **August 09, 2024** at **3:34 PM**, I did the following:

Mailed to **The United States Attorney General** by mailing a complete copy of the **Summons in a Civil Action; Notice of Right to Consent to Trial before a United States Magistrate Judge; Complaint** by Certified Mailing to The United States Attorney General at Department of Justice, 950 Pennsylvania Ave., NW, Washington, DC 20530.

**Supplemental Data Appropriate to this Service:** On 08/09/2024, a copy of the legal documents was certified mailed to the subject with receipt number: 9589071052702083977405 to the address of: 950 Pennsylvania Ave., NW, Washington, DC 20530. The domestic return receipt has been requested and a subsequent affidavit will be created once received.

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Kieran Monahan**
Process Server
**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID:321138





RECEIVED
Mail Room

AUG 12 2024

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

RECEIVED
U.S. COURT OF APPEALS
FOR THE D.C. CIRCUIT
2024 AUG -9 PM 6:05
FILING DEPOSITORY





1413 K Street NW, 7th Floor
Washington, DC 20005
202.398.4200
202.658.7925 FAX
www.samedayprocess.com
info@samedayprocess.com
FEIN#: 141937022

Derrick Vargo
Jonathan Gross
2068 Hillcrest Dr.
Greenbrier, TN 37073
9072069753
Thirdangel@yahoo.com

Invoice #:
191170

Date:
08/09/2024

## INVOICE FOR SERVICE



| | |
|---|---|
| Service #321138: The United States Attorney General Department of Justice, 950 Pennsylvania Ave., NW, Washington, DC 20530 Court Case #: 1:24-cv-00010 | Your File# |
| Derrick Vargo v. Bryant Williams, et al. | |
| Process Serving Fee (within 695 Beltway) | $85.00 |
| Rush Service | $100.00 |
| **TOTAL CHARGES:** | **$185.00** |
| Payment: 08/09/2024    Check#: ONLINE | -$85.00 |
| **BALANCE:** | **$100.00** |

1