8-12-2024

Dear court,

1:24-cv-10-RC

The court asked me to show cause by August 9th why the case should not be dismissed for failure to serve the Capitol Police, the Attorney General, and the United States Attorney for D.C.

On August 9th I hired a process server to serve all of those parties.

On August 9th all of those parties were served and on that day affidavits of service were filed with the court and stamped by the clerk.

Therefor, the case should not be dismissed.

Sincerely,

LEAVE TO FILE GRANTED
/s/ 8/21/2024

Derrick J. Vargo

X _____

2068 Hillcrest Dr.
Greenbrier, TN. 37073
Pro se plaintiff

Vargo
vs.
Williams

RECEIVED Mail Room AUG 16 2024 Angela D. Caesar, Clerk of Court U.S. District Court, District of Columbia