UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DERRICK VARGO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BRYANT WILLIAMS, et al., )<br>)<br>Defendants. )<br>)<br>) | Civil Action No. 24-0010 (RC) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Joshua Ontell as counsel of record for the Defendants in the above- captioned matter.

Date: October 7, 2024
Washington, DC

Respectfully submitted,

 /s/ Joshua Ontell
Joshua Ontell, VA Bar # 92444
Assistant United States Attorney– Civil Division
U.S. Attorney's Office for the District of Columbia
601 D Street, NW
Washington, D.C. 20530
Phone: 202-252-7706
Joshua.Ontell@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on October 7, 2024, I caused a true and correct copy of the Notice of Appearance to be served on Plaintiff via first-class U.S. Mail to:

DERRICK VARGO
2068 Hillcrest Dr.
Greenbrier, TN 37073

                                              */s/ Joshua Ontell*
                                              Joshua Ontell
                                              Assistant United States Attorney