UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DERRICK VARGO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BRYANT WILLIAMS,<br>Capitol Police Officer, et al.,<br><br>　　　　　Defendants. | Civil Action No. 24-0010 (AHA) |

## DEFENDANTS' MOTION TO DISMISS

Defendants Bryant Williams, U.S. Capitol Police, Speaker Michael Johnson, and the United States of America, by and through the undersigned counsel, respectfully move to dismiss Plaintiff's Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and (6).

This motion is based on the attached memorandum of points and authorities, the supporting documents, and upon such arguments as the Court may allow at a hearing. A proposed order is attached.

Dated: December 9, 2024
　　　　Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:　　　　/s/ Joseph F. Carilli, Jr.
　　　　JOSEPH F. CARILLI, JR.
　　　　Assistant United States Attorney
　　　　601 D Street, NW
　　　　Washington, DC 20530
　　　　(202) 252-2525

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DERRICK VARGO,<br><br>      Plaintiff,<br><br>   v.<br><br>BRYANT WILLIAMS,<br>Capitol Police Officer, et al.,<br><br>      Defendants. | Civil Action No. 24-0010 (AHA) |

## **[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' motion to dismiss and the entire record herein, it is hereby

ORDERED that Defendants' motion is GRANTED; and it is further

ORDERED that this action is DISMISSED.

SO ORDERED:


_____          _____
Date                               AMIR H. ALI
                                   United States District Judge

## CERTIFICATE OF SERVICE

I certify that on December 9, 2024, I served the foregoing on Plaintiff by sending a copy via U.S. mail to the following:

2068 Hillcrest Dr.
Greenbrier, TN 37073

/s/ Joseph F. Carilli, Jr.
JOSEPH F. CARILLI, JR.
Assistant United States Attorney

*Attorney for the United States of America*